IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BLEEK ESSENCE, a/k/a<br>STEVEN EARLY | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | NO. 11-6848 |
| MIKE WENEROWICZ and<br>ATTORNEY GENERAL OF STATE<br>OF PENNSYLVANIA | : <br> : <br> : | |

## ORDER

**AND NOW**, this 9th day of July, 2012, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Respondents' Answer to Petition for Writ of Habeas Corpus, the Report and Recommendation filed by United States Magistrate Judge Henry S. Perkin, no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Perkin is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DISMISSED**; and,

3. There is no probable cause to issue a certificate of appealability.

_____
TIMOTHY J. SAVAGE, J.